Date signed June 25, 2015



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In Re:                                    \*

                               \*     Case No.   15-16015PM

RAYMOND HENRY STARKES, III    \*     Chapter    13

                               \*

                               \*

                Debtor(s)      \*

### MEMORANDUM TO COUNSEL

      Upon consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee. However, counsel is reminded that Bankruptcy Rule 2016(b) requires a supplemental statement after any payment or agreement not previously disclosed.

cc:    Counsel for Debtor - Marie Lott Pharaoh
        Debtor
        Trustee
        U.S. Trustee

**End of Memorandum**